# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LESTER L. TELLIS,

    *Petitioner*,

vs.

BILL DONAT, *et al.*

    *Respondents.*

3:10-cv-00387-ECR-VPC

ORDER

This matter comes before the Court on petitioner's motion (#5) for appointment of counsel and following upon petitioner's response (#6) to the Court's show cause order (#3) directed to whether the petition is exhausted.

Following review, the Court finds that the interests of justice warrant the appointment of counsel.

IT THEREFORE IS ORDERED that petitioner's motion (#5) for appointment of counsel is GRANTED.  The counsel appointed will represent petitioner in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw.

IT FURTHER IS ORDERED that the Federal Public Defender for the District of Nevada shall have thirty (30) days to undertake direct representation of the petitioner or to indicate to the Court an inability to represent petitioner in these proceedings.  If the Federal Public Defender is unable to represent petitioner, the Court then shall appoint alternate counsel.  A

deadline for the filing of an amended petition will be set after counsel has filed a notice of appearance, in the order confirming the specific appointment. The Court anticipates setting the deadline for 120 days based upon the current record.

IT FURTHER IS ORDERED that the Clerk of Court shall add Attorney General Catherine Cortez Masto as counsel for respondents and shall make informal electronic service upon respondents by directing a notice of electronic filing to her with the order and the attachments listed below. Respondents' counsel shall enter a notice of appearance herein within twenty (20) days of entry of this order, but no further response shall be required from respondents until further order of this Court.

The Clerk of Court accordingly shall send a copy of this order along with a copy of the petition, the show cause order (#3), and the show cause response (#6) to the *pro se* petitioner, the Attorney General, the Federal Public Defender, and the CJA Coordinator for this Division.

DATED:   November 2, 2010

_____
EDWARD C. REED
United States District Judge