___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
              , COUNSEL/PARTIES OF RECORD

DEC 3 0 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LESTER L. TELLIS,

    *Petitioner*,

vs.

BILL DONAT, *et al.*

    *Respondents*.

3:10-cv-00387-ECR-VPC

ORDER

This habeas matter under 28 U.S.C. § 2254 comes before the Court following upon the notice (#9) of appearance by counsel with the Federal Public Defender.

IT THEREFORE IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Debra A. Bookout, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred twenty (120) days from entry of this order within which to file an amended petition. The Court will screen any amended petition filed prior to ordering a response from respondents.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED: December 30, 2010.

                                              _____
                                              EDWARD C. REED
                                              United States District Judge